**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-1021**

---

WON YONG KIM,

       Plaintiff - Appellant,

        v.

THOMAS PATRICK GORMAN; NATIONSTAR BANK,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, District Judge.  (1:16-cv-01187-AJT-TCB)

---

Submitted:  July 20, 2017                         Decided:  July 24, 2017

---

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Won Yong Kim, Appellant Pro Se. Thomas Patrick Gorman, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Won Yong Kim seeks to appeal from the district court's order dismissing her claims against Thomas Gorman in Kim's civil action against Gorman and Nationstar Bank. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because Kim's claims against Nationstar Bank have not been addressed, the order Kim seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*